UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07CR100 RWS |
| | ) | |
| JOSEPH ALLEN AKENS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case comes before me on Defendant's Objection to Magistrate Judge's

Memorandum, Report and Recommendation.

A hearing on Defendant's Motion to Suppress Evidence and Statements was held on

August 10, 2007 before United States Magistrate Judge Lewis Blanton.  By consent of the parties

the matter was reassigned to Magistrate Judge David D. Noce.  On October 22, 2007 Judge Noce

entered his Report and Recommendation that Defendant's Motion to Suppress Evidence and

Statements be denied.   Defendant has objected the Judge Noce's Report and Recommendation.

I have conducted a de novo review of the hearing and briefs filed by the parites.  I agree

with Judge Noce that there was a substantial basis for the state court judge to issue the search

warrant. I also find that the defendant's post arrest statements are admissible.

Accordingly,

**IT IS HEREBY ORDERED** that United States Magistrate Judge David Noce's Report

and Recommendation, filed October 22, 2007, is **SUSTAINED, ADOPTED AND**

**INCORPORATED** herein.  Based on my review of Judge Noce's Report and Recommendation,

the evidentiary hearing transcript, as well as relevant caselaw, I concur with Judge Noce's

findings and recommendation.

**IT IS FURTHER ORDERED** that Defendant Joseph Allen Akens' motion to suppres

evidence (doc #25) is DENIED.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of December, 2007.